NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRLEY K. BAKER,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3136

---

Petition for review of the Merit Systems Protection Board in PH0845100348-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Shirley K. Baker's motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Each side shall bear its own costs.

(2) All pending motions are denied as moot.

FOR THE COURT

**APR 0 5 2011**                    /s/ Jan Horbaly
     Date                              Jan Horbaly
                                 Clerk

cc:  Shirley Baker
     Michael D. Austin, Esq.

s20

Issued As A Mandate:  **APR 0 5 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 5 2011

**JAN HORBALY**
**CLERK**